No. 02–5161. TORRES-SORIA v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case re-

manded for further consideration in light of *Alabama* v. *Shelton*, 535 U. S. 654 (2002).